| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:17-CR-149-MAC |
| | § | |
| WAYNE EGINS, JR. | § | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The Defendant, Wayne Egins, Jr., moved to suppress evidence related to a traffic stop and search of his vehicle.

Judge Hawthorn concluded that the traffic stop and search conducted on December 27, 2016, was lawful, and the evidence obtained as a result of that search should be admissible.

The parties have not objected to the magistrate judge's findings. The court concludes that the magistrate judge's findings, conclusions and analysis are correct. Accordingly, the report of the magistrate judge is **ADOPTED**. It is further

**ORDERED** that the Defendant's "Motion to Suppress" (Doc. No. 22) is **DENIED**.

SIGNED at Beaumont, Texas, this 27th day of April, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

1