| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT** | | **EASTERN DISTRICT OF TEXAS** |

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| *versus* | § | **NO. 1:17-CR-149-MAC** |
| | § | |
| | § | |
| **WAYNE EGINS, JR.** | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The court referred a petition alleging violations of supervised release conditions to the

Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for

consideration pursuant to applicable laws and orders of this court.  The court received and

considered the Report of the United States Magistrate Judge filed pursuant to such order, along

with the record, pleadings and all available evidence.

At the close of the revocation hearing, U.S. Magistrate Judge Christine L. Stetson

recommended:

1.  finding the Defendant violated the second allegation in the petition that he failed to
    follow a mandatory condition of release;

2.  revoking the Defendant's supervised release pursuant to 18 U.S.C. § 3583; and

3.  sentencing the Defendant to a term of 6 months' imprisonment to be served at the
    Federal Correctional Institution in Beaumont, Texas, if the Bureau of Prisons can
    accommodate such request, with no supervised release to follow.

At the close of the revocation hearing, the Defendant, defense counsel and counsel for

the Government each signed a standard form waiving their right to object to the proposed

findings and recommendations contained in the magistrate judge's report, consenting to

revocation of supervised release and imposition of the sentence recommended.  The Defendant

also waived his right to be present with counsel and to speak at sentencing before the court imposes the recommended sentence.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and Wayne Egins, Jr.'s supervised release is **REVOKED**.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

SIGNED at Beaumont, Texas, this 13th day of September, 2024.

_____

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE